# EXHIBIT G

| Chicago Police Department | Special Order: S03-03-01 |
|---|---|
| **RESPONSIBILITIES OF SERGEANTS ASSIGNED TO FIELD ACTIVITIES** | |
| ISSUE DATE: 07 January 1983 | EFFECTIVE DATE: 08 January 1983 |
| RESCINDS: G03-01 | |
| INDEX CATEGORY: Field Operations | |
| Rescinded on 03 January 2012 by S03-03-04, 03 January 2012 Version | |

I. **PURPOSE**

This directive:

A. outlines the responsibilities of sergeants assigned to field activities.

B. does not relieve superior officers of responsibility in the same areas.

II. **RESPONSIBILITIES AND DUTIES OF FIELD SERGEANTS**

Sergeants assigned to field activities have responsibility for the following functions:

A. Personnel Management

B. Patrol Activity

C. Discipline

D. Administrative

III. **PERSONNEL MANAGEMENT FUNCTIONS INCLUDE:**

A. observing the appearance and actions of all subordinate Department personnel who come under their scrutiny, regardless of whether they are specifically assigned to their supervision.

B. evaluating subordinate activities on a day-to-day basis, keeping in mind that they must rate their subordinates' performance semi-annually.

C. attending and participating in roll calls as directed by the field lieutenant, watch commander, or unit commanding officer. They will report for duty in time to observe subordinates as they report for roll call, prepare them for roll call, and ensure that all assignments are filled. They will ensure that subordinates are adequately equipped and in proper condition as specified by Department rules, regulations, and directives.

D. acquainting themselves with the capabilities of all Department personnel under their supervision. They will uphold members who are properly performing their duty, deal fairly and equitably with all members and, when necessary, correct a member in a dignified manner. They will acknowledge the outstanding performance of subordinates by making the appropriate recommendation for Department awards.

E. familiarizing themselves with all subjects pertaining to the duties of patrol officers and assisting and instructing subordinates in the proper discharge of their duties.

F. requiring subordinates to maintain and show at all times to the public, fellow police officers and supervisors, the proper decorum, respect and dignity befitting the standards of the Department.

G. recognizing that when flagrant failures in police operations or continuing misconduct by subordinates are discovered, that they will not seek refuge in the excuse that they were not aware of such conditions.

H. ensuring that subordinates respond immediately to all assignments, handle each assignment as expeditiously as possible, and return to "in-service" status without delay.

I. ensuring that subordinates devote themselves fully to the attainment of the letter and spirit of Departmental policy and goals and conduct themselves at all times in a manner which reflects credit

HES004289

upon the Department, with emphasis on personal integrity and professional devotion to law enforcement.

J. promoting efforts to achieve the Department's goals and adhering to the Department's Rules and Regulations, orders and procedures.

K. training and guidance of their subordinates; maintaining discipline, and providing leadership and supervision to ensure the efficiency of unit operations. They will give constant attention to the achievement of a high level of discipline and increasingly effective performance on the part of Department personnel.

IV. **PATROL ACTIVITY FUNCTIONS INCLUDE:**

A. immediately responding to all felony calls and to as many other incidents as possible and supervising the investigation.

B. responding immediately to the scene of any emergency, disaster or other major incident which occurs in their area of responsibility.

C. being alert to the need for summoning specialists (detectives, evidence technicians, Crime Laboratory Division mobile units, etc.) to crime scenes and ensuring the proper protection of crime scenes.

D. giving special instructions to subordinates to ensure that they take appropriate action on problems that are developing on their sector/beat/post.

E. ensuring that officers do not limit their activities to handling radio assignments, but that they actually engage in preventive patrol, both foot and vehicular. Attention will be given to the proper performance of such on-view activities as locating stolen vehicles, curfew violations, street stops, school absentees, and making arrests for offenses committed in their presence, etc.

F. requiring officers to inspect licensed premises and other suspect locations frequently. When a violation is found, the supervising sergeant will ensure compliance with the existing directives on reporting violations of the law affecting city licensees.

G. ensuring that subordinates participate fully in traffic enforcement when it is part of their duties.

H. ensuring that a thorough preliminary investigation is conducted in missing children and incapacitated persons incidents, precluding the need for massive searches.

I. making periodic inspections of crossing guards assigned to their area for personal appearance, attention to duty, work knowledge, and deportment. They will review the motor beat reports concerning observations of crossing guards.

V. **DISCIPLINE FUNCTIONS INCLUDE:**

A. observing the appearance, conduct, efficiency, productivity, and discipline of subordinates. They will be deemed guilty of neglect of duty and inefficiency if those under their command or supervision are habitually lax and indifferent in the performance of their duties. They will set an example to all subordinates in integrity, sobriety, dignity, civility, discretion, skill, diligence and observance of proper conduct, and will appear neatly attired, clean in person and equipment at all times.

B. recommending remedial or disciplinary action for inefficient, or incompetent performance. They will impose summary punishment according to the established procedures for less serious transgressions. Sergeants who fail to take action on transgressions they observe or which are brought to their attention will be held accountable for this failure.

C. taking proper action when information is received that a member is not complying with the provisions of the Department directive entitled "**Medical Policy**."

VI. **ADMINISTRATIVE FUNCTIONS INCLUDE:**

A. keeping their commanding officer or supervisors constantly informed, through channels, of conditions in their area of assignment. Conditions will include but are not limited to crime conditions, youth conditions, vice conditions, the adequacy of Department vehicles and equipment, and achievements or deficiencies of personnel.

B. collecting, reviewing, and examining reports submitted by personnel under their supervision to ensure proper preparation, incident classification when appropriate, legibility and completeness of such

HES004290

reports; ensuring that all reports contain sufficient facts of the investigation including the required notifications. They will have reporting officers correct any deficiencies and then will sign satisfactory reports if space is provided.

C. reviewing citations, except hang-on traffic citations, issued by their subordinates and initialing them to indicate completeness.

D. preparing the Supervisor's Management Log (CPD-11.455) according to instructions and submitting it to the watch commander at the end of their tour of duty.

## VII. ANCILLARY RESPONSIBILITIES

Sergeants assigned to field activities will perform any other duties established for them by Department directives or as directed by a superior officer or their commanding officer.

Authenticated by:

Richard J. Brzeczek
Superintendent of Police

47.82 RCB (MLS)

HES004291