# EXHIBIT

# I

| Bureau of Patrol Special Order<br>SUPERVISOR MANAGEMENT LOG | | | | BOP SPECIAL ORDER NO.<br>BOPSO: 12-07 |
|---|---|---|---|---|
| ISSUED DATE: | EFFECTIVE DATE: | DATE UPDATED: | RESCINDS: | |
| 25 January 2012 | Immediately | | P.D.S.O. 96-3 | |
| RELATED DIRECTIVES: S03-03-04 | | | | |

I. **PURPOSE**

This order
- A. Continues the use of the Supervisor's Management Log (CPD-11.455, rev. 1/12)
- B. Establishes the responsibilities of supervisors who complete logs.
- C. Outlines the procedures for the preparation of the Supervisor's Management Log.
- D. Encourages the practice of conducting a "beat status check."

II. **GENERAL RESPONSIBILITIES**

- A. Lieutenants and Sergeants assigned to field operations in the Bureau of Patrol will prepare a Supervisor's Management Log daily.
- B. Field Lieutenants will list all sergeants under their supervision.
- C. Sergeant will list all members under their supervision. This will include, but is not limited to:
   1. Beat, rapid response cars and squadrols.
   2. Park cars, foot routes, incident beats and details.
   3. Tactical and other specialty teams.
- D. No more than forty-five minutes will elapse between documented supervisory activity.
- E. At the conclusion of their tour of duty, sergeants assigned to district law enforcement will sign and submit their Supervisor's Management Log to the field lieutenant for approval. If a field lieutenant is not available the log will be forwarded to the District Executive Officer for approval. For all other units sergeant will sign and submit their Supervisor's Management Logs to the next highest ranking member in their chain of command.
- F. Any information which necessitates immediate action will be brought to the attention of the next highest ranking member in supervisor's chain of command.
- G. Field Lieutenants will forward their logs as well as the sergeant's logs to the District Executive Officer who will review all logs and indicate approval by signing the logs in the appropriate box.
- H. When a log is not approved by the appropriate authorized member the reason for the disapproval will be documented in the "Narrative/Comments" section of the log and returned to the supervisor for correction.
- I. All approved logs will be forwarded to the district/unit commander for review.
- J. Supervisor's Management Logs will be retained in the district/unit in accordance with existing Records Retention requirements.

1

HES003295

### III. LOG PREPARATION PROCEDURES

A. The following information will be printed on the Supervisor's Management Log prior to beginning field duties:

1. Supervisor's name, star number, watch, unit number, vehicle number and date.

2. Last name, first name and star number of all subordinates assigned to the supervisor's area of responsibility.

3. Call number and outside number of the subordinates' assigned vehicles.

4. Beat and vehicle number of all units equipped with in car camera systems that are inoperable. Supervisors will list the help desk ticket number obtained requesting a technician.

B. The following information will be entered on the log during the tour of duty:

1. all visual and verbal contacts with field units, including the time and location.

2. whether each unit has had lunch. Two hours prior to the conclusion of the tour of duty, a check will be made with OEMC to determine which units have not taken lunch. If no lunch was taken, the unit(s) not having taken lunch will be instructed to do so as operational conditions permit. If operational conditions preclude the unit(s) from taking a lunch, this information will be included in the "Narrative/Comments" section. For all other units, the "Lunch Taken" box will be checked.

3. the location and time of any foot patrols.

4. any, "Priority Problems / Directed Missions Assigned."

5. any, "Delayed Response Radio Assignments" / RAP Notifications.

6. any, "Park Checks" made, including the park name, the person contacted and the time.

7. any, checks of schools, libraries and public buildings.

8. all assignments and radio calls responded to in the "Assignment/Radio Calls responded to section indicating the:
   a. type of assignment / call.
   b. address of the assignment / call.
   c. time arrived / completed.
   d. action taken / units on scene or reassignments
   Note: Licensed establishments, schools, transportation facilities and shopping centers will be included in the Narrative / Comments section.

9. any corrective / disciplinary action taken.

10. visual checks of all beat cars equipped with in car camera systems b ensure the assigned officers have turned them on and they are working properly. This includes checking the audio component of the system.

C. Any activities other than those documented elsewhere on the log which require the supervisor to leave their assigned area of responsibility will be included in the narrative / comments section.

D. The "Conducted Check Off Roll Call" box will be completed at the conclusion of the tour of duty. A "NO" response will be explained in the "Narrative/Comments" section and the name of the supervisor approving non-attendance will be included.

2

HES003296

IV. BEAT STATUS CHECKS

    A. Supervisors can make beat status checks by one of the following methods:
   1. stopping a field unit that they observe during their tour of duty to check the unit's status.
   2. making a request through the OEMC dispatcher upon observing one of their assigned units.

    B. Beat status checks will be included in the "Narrative/Comments" section of the log and will include the following information:
   1. the beat number on which the status check was made.
   2. the time and location of the observed unit when the status check was conducted.
   3. the response to the status check as provided by the member(s) or OEMC.
   4. the nature of any corrective / disciplinary action taken when the status check reveals an irregularity.

Eugene E. Williams
Acting Chief
Bureau of Patrol

EEW/ma

3

HES003297