## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KELLY HESPE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13 C 7998 |
| | ) | |
| v. | ) | Judge Alonso |
| | ) | |
| THE CITY OF CHICAGO, a Municipal | ) | Magistrate Judge Mason |
| Corporation, Chicago Police Sergeant | ) | |
| GERALD BREIMON, and Lieutenant | ) | |
| SARAH MCDERMOTT, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Darin Matthew Williams                     Heather R.M. Becker
     dwilliams@lanermuchin.com                  hbecker@lanermuchin.com

     Rebecca Miriam Gest
     Rebecca.Gest@cityofchicago.org

**PLEASE TAKE NOTICE** that I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Rule 59(E) Motion to Alter or Amend Summary Judgment in Favor of City of Chicago as to Count I**.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Alonso, or any Judge or Magistrate Judge sitting in his stead, on the 6th day of June, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the above-referenced motion.

**Dated:** May 24, 2018.                     Respectfully submitted,

                                             /s/ Daniel Q. Herbert
                                             Daniel Q. Herbert
                                             Attorney for Plaintiff.

Daniel Q. Herbert & Associates
206 S. Jefferson, Suite 100
Chicago, IL 60661
(312) 655-7660

**PROOF OF SERVICE**

I, Daniel Q. Herbert, depose and state that I served this Notice of Motion, together with the documents herein referred, to the above-named attorneys pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on May 24, 2018.

/s/ Daniel Q. Herbert
Daniel Q. Herbert
Attorney for Plaintiff.

Daniel Q. Herbert & Associates
206 S. Jefferson, Suite 100
Chicago, IL 60661
(312) 655-7660