# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kelly Hespe

                                Plaintiff,

v.                                                  Case No.: 1:13−cv−07998
                                                  Honorable Jorge L. Alonso

City Of Chicago, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 6, 2018:

       MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Plaintiff's motion for reconsideration [205] is denied. Parties' pretrial order and motions in limine shall be filed by 11/6/18. Parties' responses shall be filed by 11/20/18. Pretrial Conference set for 12/18/18 at 2:00 p.m. Jury trial remains set for 1/14/19. The referral of this case to Judge Mason is expanded to include a settlement conference. Status hearing date of 6/7/18 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.