UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Kelly Hespe

          Plaintiff,

v.

City Of Chicago, et al.

          Defendant.

Case No.: 1:13−cv−07998
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 6, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Defendants' motion to allow the testimony of Dr. Cara Angelotta during the week of May 6−10, 2019 [261] is denied. Parties' motions for leave to file documents and information under seal [267] and [273] are granted. Motion hearing date of 3/7/19 i stricken. Plaintiff's oral motion for leave to file response to Defendants' motion in limine [269] under seal is granted. Pretrial Conference previously set for 4/2/19 is stricken and reset to 4/17/19 at 2:00 p.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.