# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Kelly Hespe

                                    Plaintiff,

v.                                               Case No.: 1:13−cv−07998
                                                       Honorable Jorge L. Alonso

City Of Chicago, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2019:

       MINUTE entry before the Honorable Jeffrey Cummings:The Court's previous minute order setting the settlement conference is amended to include the proper e−mail address for the submission of settlement letters. The e−mail address is: Settlement_Correspondence_Cummings@ilnd.uscou rts.gov. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.